UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARCY G. MCMENAMIN and GERARDO A. PORTILLO, <br><br> Petitioners, <br><br> v. <br><br> STEVEN J. SOUZA, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 20-10644-WGY |

## STATUS REPORT

Counsel for petitioners Darcy G. McMenamin and Gerardo A. Portillo respectfully note that it appears that Mr. Portillo has not been considered for release under the class process in the *Savino* class action. Further, it appears that class counsel do not anticipate that he will be. *See* Class Counsel Brief (Docket No. 104) at 2 & n.3, *Savino v. Souza*, C.A. No. 20-10617 (D. Mass.) (listing remaining people to be considered through the ongoing class process). Mr. Portillo remains detained; the government has not shown any willingness to release him voluntarily.

Accordingly, Petitioners' counsel respectfully suggests that, as to Mr. Portillo, this matter is ripe for the Court's consideration, either on the ultimate merits of the petition, or as a question of interim release under *Mapp v. Reno*. *See* Reply Mem. (D.E. 35) at 7-8; *Savino v. Souza*, No. 20-106172020 WL 1703844, at *8-9 (D. Mass. May 8, 2020).

Attached hereto as Exhibit A is a letter from Mr. Portillo's medical provider confirming his elevated risk for severe illness or death from COVID-19. Counsel understand that a

symptomatic detainee in Mr. Portillo's unit was recently tested for COVID-19.  *See* Class Counsel Brief (Docket No. 100), *Savino*, at 3.  Counsel respectfully suggest that immediate action to protect Mr. Portillo's health and safety is necessary and appropriate, particularly where the Immigration Court has already determined that he should be released permanently into the community.

Dated: April 21, 2020                               Respectfully submitted,

*/s/ Daniel L. McFadden*
Matthew R. Segal (BBO # 654489)
Daniel McFadden (BBO # 676612)
Adriana Lafaille (BBO # 680210)
Laura K. McCready (BBO # 703692)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org
alafaille@aclum.org
lmccready@aclum.org

David C. Fathi (WA 24893)**
Eunice H. Cho (WA 53711)**
AMERICAN CIVIL LIBERTIES UNION FOUDATION,
NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington, DC  20005
T: 202-548-6616
E: dfathi@aclu.org
E: echo@aclu.org

Michael K. T. Tan*
Anand V. Balakrishnan*
Rebecca A. Ojserkis*
Omar C. Jadwat*
ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004

2

Tel: 212-549-2660
mtan@aclu.org
abalakrishnan@aclu.org
rojserkis@aclu.org
ojadwat@aclu.org

Sarah Sherman-Stokes (BBO# 682322)
Associate Director
IMMIGRANTS' RIGHTS AND HUMAN TRAFFICKING PROGRAM
BOSTON UNIVERSITY SCHOOL OF LAW
765 Commonwealth Avenue
Room 1302F
Boston, MA 02215
T. 617-358-6272
sstokes@bu.edu

Susan B. Church (BBO# 639306)
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
Tel. (617) 354-3944
sbc@demissiechurch.com

Kerry E. Doyle (BBO# 565648)
GRAVES & DOYLE
100 State Street, 9th Floor
Boston, MA 02109
(617) 542-6400
kdoyle@gravesanddoyle.com