## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| DARCY G. MCMENAMIN and | ) |
| GERARDO A. PORTILLO, | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | ) |
|  | ) |
| STEVEN J. SOUZA, | ) |
|  | ) |
| Respondent. | ) |

C.A. No. 20-10644-WGY

_____

## STATUS REPORT

Counsel for petitioner Gerardo A. Portillo hereby report that Mr. Portillo is released.

On April 7, 2020, Mr. Portillo's counsel filed a petition for writ of habeas corpus addressing the separate question of whether, pursuant to the injunction entered in *Reid v. Donelan*, 390 F. Supp. 3d 201 (D. Mass. 2019), Mr. Portillo was entitled to a bond hearing in the Immigration Court because his detention had become unreasonably prolonged. *See Portillo v. Souza*, C.A. No. 20-10679-PBS (D. Mass.). On May 4, the District Court ordered that a bond hearing occur within seven days. *See id.*, D.E. 11. The bond hearing occurred last Friday, May 8, and the Immigration Judge ordered that Mr. Portillo be released on bond. His family subsequently posted the bond, and he is now released.

A stipulation of dismissal of Mr. Portillo's claims in this case is being filed herewith.

Dated: May 13, 2020

Respectfully submitted,

*/s/ Daniel L. McFadden*
Matthew R. Segal (BBO # 654489)
Daniel McFadden (BBO # 676612)

1

Adriana Lafaille (BBO # 680210)
Laura K. McCready (BBO # 703692)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org
alafaille@aclum.org
lmccready@aclum.org

David C. Fathi (WA 24893)**
Eunice H. Cho (WA 53711)**
AMERICAN CIVIL LIBERTIES UNION FOUDATION,
NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington, DC  20005
T: 202-548-6616
E: dfathi@aclu.org
E: echo@aclu.org

Michael K. T. Tan*
Anand V. Balakrishnan*
Rebecca A. Ojserkis*
Omar C. Jadwat*
ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Tel: 212-549-2660
mtan@aclu.org
abalakrishnan@aclu.org
rojserkis@aclu.org
ojadwat@aclu.org

Sarah Sherman-Stokes (BBO# 682322)
Associate Director
IMMIGRANTS' RIGHTS AND HUMAN TRAFFICKING
PROGRAM
BOSTON UNIVERSITY SCHOOL OF LAW
765 Commonwealth Avenue
Room 1302F
Boston, MA 02215
T. 617-358-6272
sstokes@bu.edu

2

Susan B. Church (BBO# 639306)
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
Tel. (617) 354-3944
sbc@demissiechurch.com

Kerry E. Doyle (BBO# 565648)
GRAVES & DOYLE
100 State Street, 9th Floor
Boston, MA 02109
(617) 542-6400
kdoyle@gravesanddoyle.com